**Order entered May 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01294-CV

### TOM KARTSOTIS, Appellant

### V.

### RICHARD L. BLOCH, INDIVIDUALLY AND AS A TRUSTEE OF THE RICHARD AND NANCY BLOCH FAMILY TRUST, AND NANCY BLOCH AS A TRUSTEE OF THE RICHARD AND NANCY BLOCH FAMILY TRUST, Appellees

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-11-04489

## ORDER

We **GRANT** appellant's May 21, 2015 unopposed second motion for an extension of time to file a brief. Appellant shall file a brief by **JUNE 26, 2015**.

/s/     ELIZABETH LANG-MIERS
             JUSTICE